**Exhibit 10**

My name is Alba Castro, Embeer Gutierrez's life partner, who is currently in prison.

I am writing this letter to express my full support for him and to ask that his situation be considered with compassion. Embeer has always been a hard-working man, responsible to his family, and loved by those who know him. Although he has made mistakes, he has shown a true desire to change. Since his incarceration, he reads the Bible a lot and has maintained good behavior. As a family, we are committed to supporting him if he is released. He will have a place to live and will be surrounded by people who love him, and we will guide him in the right direction. I fully trust that Embeer will take advantage of a second chance if granted. I appreciate you taking the time to read this letter and consider our request. He is a man I love with my life.

I, **OSMEL PADRON,** fluent in English and Native in Spanish, hereby certify that I have translated the following document which is attached to this Affidavit:

## I STATE THAT THE ATTACHED DOCUMENT
### "Statement"

**From: ALBA CASTRO**

I further certify that, to the best of my knowledge, the attached document written and presented to me in Spanish is a true and accurate translation of the attached document in English.

_____
(Signature of Translator/Verifier)

Date: **July 31, 2025**

<u>OSMEL PADRON</u>
3100 OLD WINTER GARDEN RD.
OCOEE, FL 34761
PHONE (321)200-2096
ATA Member Nº 270354

Mi Nombre es Alba Castro Compañera de hogar de Embeer Gutierres quien actualmente se encuentra detenido. Escribo esta carta para expresar mi total apoyo hacia el y para pedir que se considere su situación con compasión Embeer siempre a sido un hombre trabajador, responsable con su familia y querido por quienes lo conocen. Auque a cometido errores, ha mostrado un verdadero deseo de cambiar. Desde que esta recluido Lee mucho la biblia y amantenido una buena conducta. Como familia estamos comprometidos a apoyarlo si es liberado. El tendra un lugar donde vivir y estara rodeade de persona que lo quieren y lo guiaremos por el buen camino. Confío plenamente en que Embeer aprobechara una segunda oportunidad si se le consede. Agradesco que se tomen el tiempo de leer esta carta y considerar nuestra petición. El es un hombre que amo con mi vida.