### Exhibit 14

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY OF GILBERTO AGUIRRE**
**28 U.S.C. § 1746**

I, **Gilberto Aguirre**, declare under penalty of perjury as follows:

1. My full name is **Gilberto Aguirre**, and my date of birth is **XX/XX/1996**.

2. My address is 8110 Albacore Dr., Apt. 50, Houston, TX 77074.

3. I am a citizen of the United States and am competent to make this declaration.

4. I have been informed of the charges pending against **Embeer Gutierrez Ternawskyj**, the defendant in this case, and I understand that the Court has considered conditions for his pretrial release.

5. I am willing and able to serve as a **third-party custodian** for Mr. Gutierrez if he is released on bail by the United States District Court.

6. As third-party custodian, I understand that I will be responsible for ensuring that Mr. Gutierrez:

    - Appears for all scheduled court hearings;
    - Complies with all conditions of his release;
    - Does not commit any violations of federal, state, or local law while on release;
    - Resides at an approved residence;
    - Refrains from contacting victims or witnesses in the case;
    - Does not pose a danger to the community.

7. I am prepared to notify the United States Probation Office or the Court immediately if I become aware that Mr. Gutierrez has violated any condition of his release or has absconded.

8. I understand that my role as a third-party custodian is a serious responsibility and that any failure to comply with the terms may have legal consequences.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of 9/8/2025 _____, 2025, in Houston, Texas.

X *Gilberto Aguirre* _____
4373C476ED9B4D7...

**Gilberto Aguirre**